**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**MACQUARIE MEXICO REAL ESTATE**
**MANAGEMENT S.A. de C.V.,**

                 **Plaintiff,**

       **- against -**

**HOISTON INTERNATIONAL ENTERPRISES,**
**INC.,**

                 **Defendant.**
_____

                **20-cv-8383 (JGK)**

                **ORDER**

**JOHN G. KOELTL, District Judge:**

     The plaintiff should submit an Order to Show Cause for a
Default Judgment by February 5, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **January 26, 2021**       **/s/ John G. Koeltl**
                           **John G. Koeltl**
                    **United States District Judge**