UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MACQUARIE MEXICO REAL ESTATE
MANAGEMENT, S.V. de C.V.,
                      Plaintiff,

                                                                                                      20 civ 8383 (JGK)

       -against-

HOISTON INTERNATIONAL ENTERPRISES,
                      Defendant.
------------------------------------------------------------------X

**ORDER**

       The plaintiff, on January 29, 2021, filed a motion for entry of default judgment against the defendant. **The plaintiffs shall serve a copy of this order, plus all papers, on the defendant immediately upon receipt.**

       The defendant shall respond to the motion by **February 12, 2021.** The plaintiff shall file a reply to the response by **February 19, 2021.**

       **The defendant is advised that failure to respond to the motion may be grounds for a default judgment being entered against it, in which event the defendant will have no trial.**

       The plaintiff shall file proof of service of this order by **February 12, 2021.**

**SO ORDERED.**

                                                          s/John G. Koeltl
                                                      **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 1, 2021