```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| **MACQUARIE MEXICO REAL ESTATE MANAGEMENT S.A. de C.V.,** | **20-cv-8383 (JGK)** |
| Plaintiff, | ORDER |
| - against - | |
| **HOISTON INTERNATIONAL ENTERPRISES,** | |
| Defendant. | |

**JOHN G. KOELTL, District Judge:**

The Court signed an Order to Show Cause, dated February 2, 2021, directing the defendant to show cause why a default judgment should not be entered against it. The Clerk previously entered a certificate of default against the defendant, dated December 7, 2020. The Order to Show Cause was served on the defendant, and a certificate of service has been filed. Therefore, the plaintiff is entitled to a default judgment.

The matter is referred to the Magistrate Judge for an inquest to determine the appropriate judgment to be entered.

**SO ORDERED.**

**Dated:** New York, New York
March 8, 2021

                                                               /s/ John G. Koeltl
                                                                      John G. Koeltl
                                                               **United States District Judge**