UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACQUARIE MÉXICO REAL ESTATE          :
MANAGEMENT S.A. DE C.V. AS             :
ATTORNEY-IN-FACT FOR CIBANCO, S.A.   :
INSTITUCIÓN DE BANCA MÚLTIPLE AS      :
TRUSTEE OR TRUST F/1636,               :
                                       :
         Plaintiff,           :
                                       :                 ORDER
   -against-                       :
                                       :           20-CV-8383 (JGK)(KNF)
HOISTON INTERNATIONAL                 :
ENTERPRISES, INC.,                     :
                                       :
        Defendant.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This case has been referred to the undersigned for an inquest in order to determine the amount of

damages, if any, that should be awarded to the plaintiff against the defendant.

      Accordingly, IT IS HEREBY ORDERED that, on or before April 8, 2021, the plaintiff shall

prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest

memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of its

damages.  The plaintiff must serve these documents on the defendant, and file proof of such service with

the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before May 10, 2021, the defendant shall prepare and

file any opposing memoranda, affidavits, and exhibits, as well as any alternative findings of fact and

conclusions of law, and serve the same upon the plaintiff.

Dated:  New York, New York          SO ORDERED:
       March 9, 2021

                            _Kevin Nathaniel Fox_____
                            KEVIN NATHANIEL FOX
                            UNITED STATES MAGISTRATE JUDGE