**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MACQUARIE MÉXICO REAL ESTATE**
**MANAGEMENT S.A. DE C.V. AS ATTORNEY-**
**IN-FACT FOR CIBANCO, S.A.**
**INSTITUCIÓN DE BANCA MÚLTIPLE AS**
**TRUSTEE OF TRUST F/1636,**

**20-cv-8383 (JGK)**

**ORDER**

                    **Plaintiff,**

        **- against -**

**HOISTON INTERNATIONAL ENTERPRISES,**
**INC.,**

                    **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Fox dated October 1, 2021. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Accordingly, the Court adopts the Report and Recommendation.

The Clerk is directed to enter Judgment for the plaintiff and against the defendant as follows:

1) Damages in the amount of $269,404.79, and interest on that amount at the rate of nine per cent per annum, from March 25, 2020, until the date of judgment, to be calculated by the Clerk;

2) Attorneys' fees in the amount of $46,180;

3) Costs in the amount of $793.34; and

4)   A declaratory judgment declaring that the Lease Guaranty
dated December 31, 2018 requires the defendant to
satisfy the current and future obligations of the
Tenant—H&H Recursos Internacionales, S. de R.L. de C.V.—
to pay all amounts due and owing under the Lease
Agreement dated December 31, 2018.

**SO ORDERED.**

**Dated:**   **New York, New York**
**October 20, 2021**

John G. Koeltl
United States District Judge

2