**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**MACQUARIE MEXICO REAL ESTATE**
**MANAGEMENT S.A. DE C.V. AS ATTORNEY-**
**IN-FACT FOR CIBANCO, S.A. INSTITUCION**
**DE BANCA MULTIPLE AS TRUSTEE OF**
**TRUST F/1636,**

                        Plaintiff,

                                                                       20 **CIVIL** 8383 (JGK)

             -against-                                **DEFAULT JUDGMENT**

**HOISTON INTERNATIONAL ENTERPRISES,**
**INC.,**

                        Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 20, 2021, the Court has reviewed the Report and Recommendation of Magistrate Judge Fox dated October 2, 2021. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Accordingly, the Court adopts the Report and Recommendation. Judgment is entered for the plaintiff and against the defendant as follows:

    1)    Damages in the amount of $269,404.79, and interest on that amount as the rate of nine per cent per annum, from March 25, 2020, until the date of Judgment, in the amount of $38,462.15

    2)    Attorneys' fees in the amount of $46,180;

    3)    Costs in the amount of $793.34; and

    4)    A declaratory judgment declaring that the Lease Guaranty dated December 31, 2018

requires the defendant to satisfy the current and future obligations of the tenant-H&H Recursos Internacionales, S. de R.L. de C.V.- to pay all amounts due and owing under The Lease Agreement date December 31, 2018.

**DATED**: New York, New York
October 25, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _/s/ David J. Thomas_

**Deputy Clerk**